ACCEPTED
03-15-00011-CV
4807250
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 12:49:31 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00011-CV**

**IN THE THIRD COURT OF APPEALS OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 12:49:31 PM
JEFFREY D. KYLE
Clerk

**CLAIRE TREVARTHEN**
**Appellant**

**V**

**NATIONSTAR MORTGAGE LLC, PAMELA CIRKIEL,
AUCTION.COM, HELEN G. KINNEMAN, JEREMIAH MCCLAIN
and SHAMICA THOMAS**
**Appellees**

**Appeal from the 26th District Court of Williamson County, Texas
Trial Court No. 14-0187-C26**

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME**

**DAVID ROGERS**
**Texas Bar NO. 24014089**
**Law Office of David Rogers**
**1201 Spyglass Suite 100**
**Austin, TX 78746**
**(512) 923-1836 [Phone]**
**(512) 201-4082 [Fax]**
**(512) 777-5988 [Fax]**
**Firm@DARogerslaw.com**

**ATTORNEY FOR APPELLANT**

No. 03-15-00011-CV

---

## IN THE THIRD COURT OF APPEALS OF TEXAS

---

**CLAIRE TREVARTHEN**
Appellant

**V**

**NATIONSTAR MORTGAGE LLC, PAMELA CIRKIEL,
AUCTION.COM, HELEN G. KINNEMAN, JEREMIAH MCCLAIN
and SHAMICA THOMAS**
Appellees

---

**Appeal from the 26th District Court of Williamson County, Texas
Trial Court No. 14-0187-C26**

---

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Comes now Appellant, Claire Trevarthen, and files this, her unopposed motion for extension of time and would show the court as follows:

1. The deadline to file Appellant's Brief is April 8, 2015.

2. Counsel for Appellant has unexpectedly had deadlines moved up in a civil case that, by its nature, is already an expedited proceeding in the District Court of Travis County. As such, counsel is unable to meet the current deadline in this case.

3. Counsel for Appellant would request an extension of time of 12 days, or until April 20, 2015, to file his brief.

4. This is Appellant's second request for time.

5. This motion is unopposed.

PRAYER

Appellant would respectfully move this Court to allow her an extension of 12 days to file Appellant's Brief, or until April 20, 2015.

RESPECTFULLY SUBMITTED,

_/s/ David Rogers_
DAVID ROGERS
Law Office of David Rogers
State Bar No. 24014089
1201 Spyglass Drive, Suite 100
Austin, TX 78746
Firm@darogerslaw.com
(512) 923-1836
(512) 201-4082 (fax)
(512) 777-5988 (fax)

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 8, 2015 I contacted counsel for Appellees regarding my intent to file this motion. Counsel indicated they were unopposed to the filing of this motion.

_/s/ David Rogers_
DAVID ROGERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Motion was served upon counsel of record for Appellees on this 8th day of April, 2015 via this Court's online filing system.

B. David L. Foster
John Ellis
Locke Lord
600 Congress Avenue
Suite 2200
Austin, TX 78701

_/s/  David Rogers_
David Rogers
SBN 24014089
Law Office of David Rogers
1201 Spyglass Suite 100
Austin, TX 78746
Firm@darogerslaw.com
(512) 923-1836
(512) 201-4082 [Facsimile]